Opinion by Haralson, J.

---

## Jernigan *et al.* v. Draughon.

Appeal from Dale Chancery Court.
Heard before the Hon. Jere N. Williams.

Espy & Farmer, for appellant.

No counsel marked as appearing for appellee.

The bill in this case was filed on May 5, 1897, by the appellee against the appellants, Joe Sanders and J. B. Jernigan, to enforce a vendor's lien. On July 21, 1897, the respondents filed a demurrer to the bill. No action was taken on this demurrer by the court, and while it was so on file, the court, on April 28, 1898, rendered a decree *pro confesso* against Sanders.

On the final submission of the cause, a decree was rendered granting the complainant the relief prayed for. From this decree the defendants appeal, and asign the rendition thereof as error.

On the present appeal, the court holds that it was error to render the decree *pro confesso* before disposing of the demurrer, and that this error must work a reversal of the final decree.

The decree is reversed and the cause remanded.